United States District Court

Eastern District of California

|  |  |
|---|---|
| Larry Percival, | |
|     Plaintiff, | No. Civ. S 03-0229 LKK PAN P |
| vs. | Order |
| Mike Knowles, et al., | |
|     Defendants. | |

-oOo-

April 4, 2005, plaintiff moved to compel discovery, stating defendants had failed to respond to his request for discovery served January 25, 2005. April 26, 2005, defendants opposed, stating they served their response April 26, 2005, and delay was inadvertent.

May 18, 2005, plaintiff requested an extension to reply to defendants' opposition. Plaintiff also requests more time to conduct discovery, including discovery to follow-up on, and challenge the adequacy of, defendants' response served April 26,

1  2005.

2      Defendant Dostraw answered May 27, 2005, and has had no time
3  for discovery.

4      May 27, 2005, plaintiff moved the court to order defendants
5  to conduct "written depositions" of their employees and agents
6  under Fed. R. Civ. P. 30.  Plaintiff may examine prospective
7  witnesses by written questions (see Fed. R. Civ. 30(c)) but must
8  pay the fees of the officer taking the deposition under oath.
9  See Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989).

10      Good cause appearing, the court hereby orders that:

11      1.  Plaintiff's April 4, 2005, motion to compel is denied.

12      2.  Plaintiff's May 18, 2005, request to extend discovery is
13  granted.  Discovery is re-opened and the court will issue a new
14  scheduling order forthwith.

15      3.  Plaintiff's May 27, 2005, motion to order defendants to
16  conduct written depositions is denied.

17      Dated:  May 31, 2005.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge