IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY PERCIVAL,

      Plaintiff,                    No. CIV S-03-0229 LKK PAN P

     vs.

MIKE KNOWLES, et al.,

      Defendants.           ORDER

_____/

       On June 22, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed June 1, 2005, denying plaintiff's April 4, 2005 motion to compel and May 27, 2005 request for order on written depositions, while granting additional time for discovery. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed June 1, 2005, is affirmed.

   DATED: August 15, 2005

                                       /s/Lawrence K. Karlton
                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT