United States District Court

Eastern District of California

Larry Percival,

      Plaintiff,                    No. Civ. S 03-0229 LKK PAN P

  vs.                              Order

Mike Knowles, et al.,

      Defendants.

-oOo-

August 19, 2005, defendants requested an extension of time to respond to plaintiff's discovery requests. Plaintiff did not oppose.

Good cause appearing, defendant's request is granted and defendants' time to respond to plaintiff's discovery requests is extended until October 28, 2005. No further extensions will be granted absent a showing of manifest injustice. The discovery deadline set in the June 3, 2005, scheduling order is extended to January 20, 2006. The deadline for filing and serving

1  dispositive motions is extended to March 20, 2006.  Pretrial
2  conference and trial are vacated, to be re-set by further order.
3       So ordered.
4       Dated:  September 27, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge