IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY PERCIVAL,

     Plaintiff,                    No. CIV S-03-0229 LKK PAN P

     vs.

MIKE KNOWLES, et al.,

     Defendants.             <u>ORDER</u>

_____/

     Plaintiff has requested an extension of time to file an opposition to defendants' motion for judgment on the pleadings and motion to dismiss. Plaintiff states he is presently in orientation status which limits his movement and access to the law library. In addition, plaintiff contends that the librarian for his present facility will be on vacation for the next few weeks. Although other facility librarians will be alternating between facilities, plaintiff believes access to the law libraries will be extremely restricted during this time period. Plaintiff seeks an extension until April 16, 2006 in which to file his oppositions. Good cause appearing, IT IS HEREBY ORDERED that:

     1. Plaintiff's March 1, 2006 request for an extension of time is granted; and

/////

2. Plaintiff shall file his oppositions on or before April 16, 2006. Defendants' reply, if any, shall be filed seven days thereafter.

DATED:  March 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; perc0229.36