IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY PERCIVAL,

        Plaintiff,                    No. CIV S-03-0229 WBS PAN P

    vs.

MIKE KNOWLES, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Defendants Knowles, Reyes, Chavez, Phillips, Childress and Smith have requested an extension of time to file a dispositive motion. Normally, such requests are not granted absent submission of a proposed motion. However, on March 15, 2006, plaintiff was granted an extension of time to file his opposition to defendant Dostraw's dispositive motions. Accordingly, plaintiff will not be prejudiced by the delay requested by defendants.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' March 15, 2006 request for an extension of time is granted; and

/////

/////

/////

2. Defendants are granted forty-five days from the date of this order in which to file and serve a dispositive motion. No further extensions of time will be granted.

DATED: March 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; perc0229.eot