IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY PERCIVAL,** | 2:03-cv-0229 WBS PAN P |
| Plaintiff, | **ORDER** |
| v. | |
| **MIKE KNOWLES, et al.,** | |
| Defendants. | |

On May 8, 2006, defendants Knowles, Reyes, Chavez, Phillips, Childress, Smith and Arong sought an extension of time of two days, to and including May 10, 2006, to file their motion for summary judgment. Good cause appearing, defendants' request is granted.

Dated: May 10, 2006.

UNITED STATES MAGISTRATE JUDGE

/01; perc0229.eot2

[Proposed] Order

1