IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY PERCIVAL,

    Plaintiff,                    No. CIV S-03-0229 LKK PAN P

    vs.

MIKE KNOWLES, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' May 9, 2006 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 7, 2006 request for an extension of time is granted; and

        2. Plaintiff shall file and serve an opposition to defendants' May 9, 2006 motion for summary judgment on or before July 16, 2006. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: June 12, 2006.

                                                                           UNITED STATES MAGISTRATE JUDGE

/mp:001
perc0229.36(2)