IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY PERCIVAL,

        Plaintiff,                               No. CIV S-03-0229 LKK PAN P

    vs.

MIKE KNOWLES, et al.,

        Defendants.                         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed his second request for an extension of time to file and serve an opposition to defendants' motion for summary judgment. Plaintiff states he has "absolutely none of [his] legal paperwork or any property at all," and that "since June 21, 2006, plaintiff has been completely denied access to the legal library," and has been "unable to conduct any research to submit an opposing motion to the court." (Request at 1-2.) Plaintiff states he had to borrow the paper and a pen to write his request.

        Defendants' motion for summary judgment was filed on May 9, 2006. By order filed June 13, 2006, plaintiff was granted until July 16, 2006 in which to file his opposition. However, this court cannot resolve this motion until plaintiff is granted access to his legal materials and sufficient access to the law library to file an opposition to this motion.

1

1  Accordingly, defendants will be required to file, within ten days, a declaration addressing
2  plaintiff's access to his legal materials and to the law library.  Good cause appearing, plaintiff's
3  request for extension of time will be granted.  This court will not be inclined to grant either party
4  additional extensions of time.

        IT IS HEREBY ORDERED that:

    1.  Within ten days from the date of this order, defendants shall file a declaration addressing plaintiff's access to his legal materials and to the law library;

    2.  Plaintiff's July 7, 2006 request for an extension of time is granted; and

    3.  Plaintiff shall file and serve an opposition to defendants' May 9, 2006 motion for summary judgment on or before September 16, 2006.

DATED: July 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp;001; perc0229.36sec

2