IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY PERCIVAL,

      Plaintiff,                        No. CIV S-03-0229 LKK EFB P

      vs.

MIKE KNOWLES, et al.,

      Defendants.              ORDER

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

      Petitioner has also requested a 60-day extension of time in which to file his pretrial statement. Consequently, defendants filed a request to be relieved from filing their pretrial statement, which was due May 16, 2008.

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's April 25, 2008, request for appointment of counsel is denied;

2. Plaintiff's April 21, 2008, request for an extension of time is granted;

3. Plaintiff shall file his pretrial statement not later than sixty days from the date of this order. Plaintiff's failure to timely file a pretrial statement may result in a recommendation that this action be dismissed; and

4. Defendants are relieved of their obligation to file a pretrial statement by May 16, 2008, and shall instead file within 20 days of receipt of plaintiff's pretrial statement.

DATED: June 12, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2