IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY PERCIVAL,

    Plaintiff,                    No. CIV 03-0229 LKK EFB P

    vs.

MIKE KNOWLES, et al.,

    Defendants.               REFERRAL TO MEDIATION AND
                                                    STAY OF PROCEEDINGS
_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The parties have informed the court that a court settlement conference might assist with resolution of this matter. Defs.' Pretrial Statement ¶ 16; Pl.'s Sept. 24, 2008 Req.; Pl.'s Jan. 9, 2009 Letter.

    Accordingly, it is hereby ORDERED that this matter is referred for mediation with Magistrate Judge Kellison on April 28, 2009, at the California Substance Abuse Treatment Facility, that plaintiff be made available for such conference, and that attorneys for defendants appear with full settlement authority. It is further ORDERED that this case is stayed pending the outcome of mediation. Within thirty (30) days of the settlement conference, Judge Kellison shall file a report indicating the outcome of the proceedings.

DATED: April 16, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE