IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY PERCIVAL,

     Plaintiff,                    No. CIV 03-0229 LKK EFB P

     vs.

MIKE KNOWLES, et al.,

     Defendants.              **STATUS REPORT REGARDING**
                                           **SETTLEMENT CONFERENCE**
_____/

         The undersigned met with the parties for settlement on April 28, 2009, at California Substance Abuse Treatment Facility. During the settlement conference before the undersigned Magistrate Judge, both sides reached a settlement in principle.

DATED: June 26, 2009

                                                                           */s/ Craig M. Kellison*
                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE