IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY PERCIVAL,

        Plaintiff,                No. CIV 03-0229 LKK EFB

    vs.

MIKE KNOWLES, et al.,           ORDER RE SETTLEMENT & DISPOSITION

        Defendants,

_____/

      Pursuant to the June 29, 2009 order issued by the settlement judge, the court has

determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than ninety

(90) days from the date of this order.[1]

      Failure to comply with this order may be grounds for the imposition of sanctions on any

and all counsel or parties who contributed to the violation of this order.

      So ordered.

Dated:  August 4, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are hereby informed that their stipulation of dismissal may contain a provision allowing the court to retain continuing jurisdiction to enforce the terms of the settlement.